UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>        v.                                     )<br>                                          )<br> 1.   JULIO CARRION SANTIAGO a/k/a )<br>       "MACHO"                            )<br> 2.   PEDRO ALBERTO MIRANDA,  a/k/a )<br>       "TAVO"                             )<br> 3.   REYNALDO RIVERA, a/k/a "REY"  )<br> 4.   JOSE RODRIGUEZ,                  )<br> 5.   ENRIQUE AGOSTO,                  )<br> 6.   JOSE TORRADO,                    )<br> 7.   CARLOS SANCHEZ, a/k/a "CARLITOS")<br> 8.   LUIS R. SANCHEZ, a/k/a "PITO"  )<br> 9.   EDWIN TORREZ, a/k/a "COQUI",  )<br>       a/k/a ""TIM"                      )<br>10.   ZULEIMA REYES a/k/a "LINDA"   )<br>       and                              )<br>11.   SANTIAGO ARROYO                  )<br>                                          )<br>        Defendants.                      ) | M.J. No.<br>2004-M-0500 RBC |

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

OCT 15 2004

OFFICE OF
ORSON B. COLLINGS
U.S. MAGISTRATE JUDGE

### MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Complaint, arrest warrants, supporting affidavit, and all related paperwork.  In support of this motion, the government states that all of the individuals named in the affidavit supporting the Complaint have been arrested.

*ALLOWED; SO ORDERED*

OCT 15 2004

Date: _____ October 15, 2004

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
    DENISE JEFFERSON CASPER
    Assistant U.S. Attorney