AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

LUIS R. SANCHEZ   A/K/A PITO

**WARRANT FOR ARREST**

CASE NUMBER: 2004 M 0500 RBC -08

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LUIS R. SANCHEZ   A/K/A PITO _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE HEROIN

in violation of
Title _____ 21 _____ United States Code, Section(s) 846, 841 (a)(1)

ROBERT B. COLLINGS
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer   at 10:51 pm

10-14-2004   ~~BOSTON, MA~~
Date and Location   North Reading, Massachusetts

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.