AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

**APPEARANCE**

Case Number: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _____

I certify that I am admitted to practice in this court.

_____  _____
Date              Signature

_____  _____
Print Name        Bar Number

_____
Address

_____  _____  _____
City              State             Zip Code

_____  _____
Phone Number      Fax Number