UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO.   2004 M 0500 RBC-01 |
| ) | |
| LUIS SANCHEZ ) | |

MOTION TO WITHDRAW

The undersigned hereby moves that he be granted leave to withdraw as counsel for the defendant in the above matter.

As reason therefor, the defendant has informed undersigned counsel that he wishes to have counsel appointed to represent him.  Additionally, the defendant has informed undersigned counsel that he has already completed a financial affidavit.

Respectfully submitted,

CHRISTOPHER LOGRASSO
By his attorney

_____
Sean T. Delaney
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
B.B.O.#564230

DATED: November 8, 2004